AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>DAVID ROBERT KABLE JR.<br><br>*Defendant* | )<br>)    Case No. 1:25-MJ-509<br>)<br>)         **UNDER SEAL**<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DAVID ROBERT KABLE JR._____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspire with others, known and unknown, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846

Date:   08/22/2025

*Issuing officer's signature*
Digitally signed by Ivan Davis
Date: 2025.08.22 09:53:17 -04'00'

City and state:   Alexandria, Virginia

The Hon. Ivan D. Davis, U.S. Magistrate judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

**COPY**

**INFORMATION ONLY**

*Printed name and title*